**\*\*\* FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER \*\*\***

**Electronically Filed
Supreme Court
SCWC-19-0000563
09-JUN-2022
11:35 AM
Dkt. 25 OCOR**

SCWC-19-0000563

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

DANIEL IRVING JAMES MANION,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000563; CASE NO. 1DTA-19-00266)

ORDER OF CORRECTION
(By: Recktenwald, C.J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on June 3, 2022, is corrected as follows:

On the last line of page 9, "Alth" should be replaced

with "suppressed as fruit."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, June 9, 2022.

/s/ Mark E. Recktenwald

